UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

                Plaintiff,                      Case No: 1:12-cr-273

v.                                       HON. JANET T. NEFF

SANGCHAENH SENGMANY,

                Defendant.

_____/


**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

The Court has reviewed the Report and Recommendation filed March 13, 2013 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 87) is APPROVED and ADOPTED as the opinion of the Court.

2. Defendant's pleas of guilty are accepted and defendant is adjudicated guilty of the charges set forth in Counts One and Four of the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.


Dated:  April 8, 2013                      /s/Janet T. Neff_____
                                          JANET T. NEFF
                                          United States District Judge